

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00315-CV

**IN RE** John J. **ROCKEY**

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On May 15, 2017, Relator filed a petition for writ of mandamus. On July 31, 2017, Relator filed a Supplemental Petition for Writ of Mandamus and an Emergency Motion for Temporary Stay. Real Party in Interest filed a response on August 2, 2017. The court has considered the petition, supplemental petition, and response, and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for temporary relief and emergency stay are DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on August 3, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-19967, styled *John J. Rockey v. Mubeena Rockey*, pending in the 37th Judicial District Court, Bexar County, Texas.